

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JADE WILLIAM SMOKER,<br><br>               Petitioner,<br><br>vs.<br><br>WARDEN STEVE RAY;<br>ATTORNEY GENERAL OF<br>THE STATE OF MONTANA,<br><br>               Respondent. | No. CV-10-65-GF-SEH<br><br>ORDER |

On December 8, 2010, United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter. Petitioner filed objections on December 22, 2010. The Court reviews *de novo* findings and recommendations to which objection is made.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 9

The Court also considered *de novo* Judge Strong's ruling denying Petitioner's Motion for Appointment of Counsel which was issued by Text Order on November 16, 2010, and restated in the Findings and Recommendations entered on December 8, 2010. Petitioner claims not to have received the Text Order. He does not dispute that he received the Findings and Recommendations of December 8, 2010. The appointment of counsel motion has nevertheless been accorded *de novo* review and has been found to be without merit.

ORDERED:

1. Petitioner's Motion for Appointment of Counsel[2] is DENIED.

2. The Petition for Writ of Habeas Corpus[3] is DISMISSED with prejudice as time-barred.

3. A certificate of appealability is DENIED.

4. The Clerk is directed to enter judgment in favor Respondent and against Petitioner.

DATED this 28th day of December, 2010.

SAM E. HADDON
United States District Judge

---

[2] Document No. 6

[3] Document No. 1